# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Morris Thomas
Name under which you were convicted

262097
Your Prison number

vs.

CIVIL ACTION NO. 20-cv-00302-JB-MU
(To be supplied by Clerk of Court)

Warden Cynthia D. Stewart
Name of Defendant(s)

100 Warrior Lane Bessemer, Al 35023
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form.</u> You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court.</u> Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case.</u> It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants.</u> The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 4/10/06

E. <u>Pleading the Complaint.</u> Your complaint <u>should not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees.</u> This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings.</u> All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will be stricken</u>. <u>See</u> Fed. R. Civ. P. ll(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will be stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies.</u> This Court <u>will not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings.</u> <u>Do not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence.</u> No evidence shall be sent to the Court for filing or storing.

## I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket Number: _____

    4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )    No ( )

    5. Name of judge to whom the case was assigned: _____

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: W. C. Holman Corr. Fac.

B. Date it occurred: December 2nd 2018

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No (✓)

E. If your answer is YES:

  1. What steps did you take? _____

  2. What was the result? _____

F. If your answer is NO, explain why not: I did'nt see any reason for it...

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On December 2, 2018 I was attacked in my sleep by several inmates in C-Dorm... I wasn't able to identify any of the inmates. I was air lifted and had to have true medical attention due to my injuries... Then I had to go through physical therapy to fully recover from those injuries... Everything is in my medical files..

4

## III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Morris Jeemaine Thomas 262097

   Your present address: 100 Warrior Lane Bess, Al 35023

B. <u>Defendant(s)</u>:

1. Defendant (full name) Cynthia Stewart is employed as Warden at W.C. Holman

   His/her present address is 3700 Holman Unit, Atmore, Al-36503

   (a) Claim against this defendant: Lack of Security

   (b) Supporting facts (Including date/location of incident):
   This incident made the news and caused for several other inmates to be hurt and even one was killed. This occured on Dec 2nd 2016 in C-Dorm and A-Dorm at Holman C.F.

2. Defendant (full name) _____ is employed as _____

   at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   (b) Supporting facts (Including date/location of incident):
   _____

3. Defendant (full name) _____ is employed as _____

   at _____.

   His/her present address is _____.

5

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Including date/location of incident):

_____
_____
_____
_____

C. **Additional Defendants:** (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Murder, Attmurder, Attmurder and UPDC...

2. When were you convicted? Oct 2008

3. What is the term of your sentence? Life Sentence

4. When did you start serving this sentence? July 2007

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? 99/99/9999

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|            | Conviction       | Sentence         |
|------------|------------------|------------------|
| Reversed   | yes ( ) no ( )   | yes ( ) no ( )   |
| Expunged   | yes ( ) no ( )   | yes ( ) no ( )   |
| Invalidated| yes ( ) no ( )   | yes ( ) no ( )   |

6

Writ of habeas yes ( ) no ( )     yes ( ) no ( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I'm seeking a million Dollars Cash for what I been through, I'm disalbe for life for what I been through.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

5/11/20
Date

Jerris Thomas 262097
(Signature of Plaintiff Under Penalty of Perjury)

100 Warrior Lane Bess, Al 35023
Current Mailing Address

318-704-5801
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

On December 2, 2018 at around 5:30pm I was in my bed asleep... I was awaken by someone shaking me to wake up. It was dark in the dorm so I wasn't able to describe or identify the person closely. Then right when I was about to put on my shoe I hit in the back. I stood up to fight back until I realized there were several other inmates behind me and on both sides of me sticking me with knives. I then tried making my way to help. After making it from under the few individuals I ran to the front of the dorm to look for a Correctional Officer. I had to shake the bars to get the Correctional Officer's attention in the cube... (I'm not sure of the Correctional Officer name that was in the cube.) The Officer then open up the bars for me to exit the dorm... I made my way down the hall and then was help by Officer Madison and Captain Emblee to the infirmary. After the treatment I was took away from the prison in an ambulance with the emergency team and was placed on a helicopter and was treated for (21) twenty-one stab wounds to the back, arm and neck... Being housed and treated for four days at U.S.A. Mobile Hospital I was transported back to Holman Correctional Facility...

Morris Jermaine Thomas #260097

X Morris Jermaine Thomas
AIS# #260097

Brife State About the 1st
Gncredent...

Legal U/Jail)

Morris, Jermaine Thomas [illegible]
100 Warrior Lane
Bessemer, Al 35023

"This correspondence is forwarded from an Alabama State Prison. The content have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
Southern District Of Alabama
Clerk
155 St. Joseph Street
Mobile, Alabama. 36602

LEGAL
MAIL