IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MORRIS JERMAIN THOMAS,<br>    Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 20-0302-JB-MU |
| | : | |
| WARDEN CYNTHIA STEWART,<br>    Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **DENIED.**

**DONE and ORDERED** this 26th day of April, 2021.

                                        /s/ JEFFREY U. BEAVERSTOCK
                                      UNITED STATES DISTRICT JUDGE