# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

MORRIS JERMAINE THOMAS, :

    Plaintiff, :

vs. : CA 20-0302-JB-MU

CYNTHIA STEWART, :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated May 16, 2022 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of June, 2022.

                        /s/ JEFFREY U. BEAVERSTOCK
                        CHIEF UNITED STATES DISTRICT JUDGE